No. 04–114. J. A. JONES MANAGEMENT SERVICES, INC., T/A JONES MANAGEMENT SERVICES, INC., ET AL. *v.* ROMA ET UX. C. A. 3d Cir. Certiorari denied.

No. 04–115. CARSON HARBOR VILLAGE, LTD. *v.* CITY OF CARSON, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–116. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. *v.* CAMPBELL ET AL. Sup. Ct. Utah. Certiorari denied.

No. 04–117. ADAMS ET AL. *v.* APOGEE COAL CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–119. PARKER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–122. HOANG VAN TU ET AL. *v.* TERRY ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–123. BLAZ *v.* BELFER ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–125. KERSEY *v.* SUPREME COURT OF NEW HAMPSHIRE PROFESSIONAL CONDUCT COMMITTEE. Sup. Ct. N. H. Certiorari denied.

No. 04–127. GOLD *v.* DEUTSCHE AKTIENGESELLSCHAFT ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–128. HALLMAN, EXECUTRIX OF THE ESTATE OF WALTERS, DECEASED *v.* LEE COUNTY, MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 04–129. GANESAN *v.* UNITED STATES ATTORNEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–130. GERGOS *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 1st Cir. Certiorari denied.

No. 04–133. MEDLOCK *v.* RUMSFELD, SECRETARY OF DEFENSE. C. A. 4th Cir. Certiorari denied.